IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
MISC. NO. 3:14mc93

FILED
CHARLOTTE, NC
JUN 9 2014
US District Court
Western District of NC

IN RE: Assignment of Employment Discrimination Cases
Asheville/Bryson City Division

## ORDER

This matter is before the Court to ensure a fair balance of case assignments and for the purpose of the efficient administration of justice. In accordance with the past practice of this court, this Order is adopted with the approval of a majority of the members of the Bench.

- Effective immediately all employment discrimination cases, including FMLA cases open and pending in the Asheville/Bryson City Division are reassigned to Honorable Max O. Cogburn, Jr.
- All new employment discrimination and FMLA cases filed in the Asheville/Bryson City division are to be assigned to Honorable Max O. Cogburn, Jr. until further Order of this court.
- Other cases in the Asheville/Bryson City Division may be reassigned as appropriate and as directed by the Chief Judge.

SO ORDERED, this 9th day of June, 2014.

Frank D. Whitney, Chief
United States District Judge

1