IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
MISC. NO. 3:14 mc 93

FILED
ASHEVILLE, N.C.

OCT 21 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN RE: Assignment of Employment Discrimination Cases
Asheville/Bryson City Division

### ORDER

This matter is before the Court to rescind it Order of June 9, 2014, in which all employment discrimination and FMLA cases from the Asheville/Bryson City division were assigned only to Honorable Max O. Cogburn, Jr.

All such cases shall immediately be assigned to all judges of this court in accordance with the standing case assignment Orders of this Court.

SO ORDERED on behalf of the Court this 9th day of October, 2015.

_____Frank D. Whitney /s_____

Frank D. Whitney, Chief
United States District Judge

1